

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00334-CV

**IN THE INTEREST OF L.J.C.**, X.I.C., Z.S.C., E.A.C., L.C.C., and A.R.G., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00922
Honorable Charles Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED. No costs of appeal are assessed due to appellant's indigence.

SIGNED February 2, 2022.

_____
Liza A. Rodriguez, Justice